Dear Clerk of the Court of Appeals:                  June 12, 2015

Enclosed Please Find Appellant, Richard Lares; Notice of
NON-Waiver on Cause No. 04-15-00183-CR.

Please submit said document to the Hon. Justices
for Consideration. I feel sick, dizzy and I'm about
to pass out.

Thank You!


FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUN 17 AM 11:49
KEITH E. HOTTLE, CLERK

Sincerely,

Richard Lares

CAUSE NO. 04-15-00183-CR

FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

RICHARD LARES,

Appealant

V.

THE STATE OF TEXAS,

Appellee



NOTICE OF NON-WAIVER

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COMES NOW, Richard Lares, TDCJ #1592255, appellant herein, in style and cause and provides Notice of Non-Waiver of any Constitutional Right Granted to excercise during ALL Direct Appeal Proceedings and does not waive any other Non-Constitutional Right as well without express written consent from appellant and in support presents the following:

I.

Appellant avers that the Pack 1 Unit Mail Room doesn't send out any Legal Mail until Tuesday during the week as per mail room employee's advise. Appellant avers that this document was created on June 12,2015 and placed in the Box to be sent to the Fourth Court of Appeals but may not be picked up until June 15,2015 Monday, thus because of appellant's incarceration and inability to hand deliver this Notice to the Respect of the Court of Appeal's Clerk because Appellant is not at "liberty" to walk said Notice to the Court.

II.

Appellant avers that communication between Appointed Appellant Counsel, Mr. Barry P. Hitchings and Appellant has been limited to U.S. Postal Mail and recently available communications between Counsel and Appellant's Parents. That said counsel has not visited or interviewed the appellant in person and this may be a denial of right in some way but not waived by appellant. Said

Counsel, with respect to his hard work and dedication in appellant's appeal, has expressed his professional opinion not to Present Appellant's Claims of Factual/Actual Innocence, Ineffective Assistace of Trial Counsel, Involuntary Plea, and Denial of Competency/Sanity Hearing, as well a Denial of Other Fundamental Claims. At this point I'm not sure what counsel intends to present.

## III.

Appellant avers that he has Alibis for ALL the Dates he is being accused of and Not accused of. To include Alibis for the Dates Not Alleged by the Complainant but were fraudulently alleged by Det. Armstrong and said Dates have Prejudiced and Harmed Appellant through All Trial and Post Trial Proceedings. That said Alibis have provided Affidavits and the others need to be supoena by the Honorable Court in order to obtain their Testimonies to Resolve ALL material issues that support actual/factual innocense. I have requested Appellant Counsel to supoena them but no answer has been given to me yet. Appellant believes that if said alibis were before this Honorable Court of Appeals that their testimonies would bear out the Innocence of Appellant and create enough doubt that the Honorable Justices can not have confidence in the Trial Court's Conviction and Sentence that now stands against the appellant. A List of said alibis has been provided to Appellant's Counsel, and Request for PSI Copy.

## PRAYER

WHEREFORE PRIMISES CONSIDERED, Appellant Prays that this Notice of Non-Waiver be incorperated into his Appeal Brief for consideration because appellant feels and believes that he has no voice to be heard.

SO MOVED SO PRAYED FOR.

Sincerely Submitted,

Richard Lares

Richard Lares, #1592255

## CERTIFICATE OF SERVICE

I have read the pleadings and to the best of my knowledge and belief, formed after reasonable inquiry, that the instrument is not groundless, or brought in bad faith or brought for the purpose of harrassment, unnecessary delay, or any other improper purpose. That on June 12,2015 a true and correct copy was sent by U.S. Postal Mail to Appellant's Counsel Mr. Barry P. Hitchings at Hitchings and Pollock, 645 South Presa, San Antonio, Texas 78210 and to the Fourth Court of Appeals Clerk at Cadena-Reeves Justice Center, 300 Dolorosa, Suite 3200, San Antionio, Texas 78205-3037.

Respectfully,

*Richard Lares*

Richard Lares, #1592255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas, 77868

"De Oppresso Liber"
U.S.Army Combat Veteran

Richard Lares 1592255
Pack 1 Unit
2400 Wallace Pack Rd,
Navasota, Texas 77868

FILM
IN THE COURT OF A
AT SAN ANTONIO.
2015 JUN 17 AM 11:49
Keith E. Hottle
KEITH E. HOTTLE, CLERK

Legal
Mail

782053037599

NORTH HOUSTON TX 773
15 JUN 2015 PM 3 L

Fourth Court of Appeals Clerk
Cadena- Reeves Justice Center
300 Doloros Suite 3200
San Antonio, Tx. 78205-3037